1454

**2014–1825. State v. Marcum.**
Gallia App. No. 13CA11, 2014-Ohio-4048. Discretionary appeal accepted; cause consolidated with 2014–2122, *State v. Marcum*, 4th Dist. Gallia No. 13CA11, 2014-Ohio-4048.

O'DONNELL and KENNEDY, JJ., dissent.

**2014–1881. Onderko v. Sierra Lobo, Inc.**
Erie App. No. E–14–009, 2014-Ohio-4115. Discretionary appeal accepted; cause consolidated with 2014–1962, *Onderko v. Sierra Lobo, Inc.*, 6th Dist. Erie No. E–14–009, 2014-Ohio-4115.

PFEIFER, J., dissents.

**2014–1884. State v. Williams.**
Cuyahoga App. No. 90845, 2014-Ohio-4196.

PFEIFER, O'DONNELL, and KENNEDY, JJ., dissent.

**2014–1933. Hupp v. Beck Energy Corp.**
Monroe App. No. 12MO6, 2014-Ohio-4255. Discretionary appeal accepted on Proposition of Law Nos. I and II; sua sponte, cause consolidated with 2014–0423, *State ex rel. Claugus Family Farm, L.P. v. Seventh Dist. Court of Appeals*.

PFEIFER and O'NEILL, JJ., would also accept Proposition of Law No. III.

**2014–1984. State v. Barry.**
Scioto App. No. 13CA3569, 2014-Ohio-4452. Discretionary appeal accepted; cause consolidated with 2014–2064, *State v. Barry*, 4th Dist. Scioto No. 13CA3569, 2014-Ohio-4452.

PFEIFER and O'DONNELL, JJ., dissent.

**2014–2201. In re Adoption of H.N.R.**
Greene App. No. 2014–CA–35, 2014-Ohio-4959.

PFEIFER, O'DONNELL, and LANZINGER, JJ., dissent.